UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

JOE HAND PROMOTIONS INC.,

    Plaintiff,

vs.

AIMIE NGUYEN, individually and d/b/a XA LANG,

    Defendant.

Case Number: 11-CV-04745 RMW

ORDER APPOINTING COUNSEL AND STAYING PROCEEDINGS FOR 30 DAYS

    Because defendant Aimie Nguyen has requested and is in need of counsel to assist her in this matter, defendant qualifies under the Guidelines of the Federal Pro Bono Project, and a volunteer attorney is willing to be appointed to undertake this representation at the request of FLASH, Inchan Kwon, Esq. of HAYNES AND BOONE LLP is hereby appointed as counsel for Aimie Nguyen in this matter.

    The scope of this referral shall be for:

☒   all purposes for the duration of the case

☐   the limited purpose of representing the litigant in the course of

    ☐   mediation

    ☐   early neutral evaluation

    ☐   settlement conference

    ☐   briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss):

    ☐   discovery as follows:

    ☐   other:

Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

    All proceedings in this action are hereby stayed for 30 days from the date of this order.

    IT IS SO ORDERED.

Dated: April 10, 2012

*Ronald M. Whyte*
United States District Judge