|   |   |
|---|---|
| 1 | INCHAN A. KWON (SBN 247614) |
|   | **HAYNES AND BOONE, LLP** |
| 2 | 2033 Gateway Place, Suite 300 |
|   | San Jose, California 95110 |
| 3 | Telephone: (408) 660-4120 |
|   | Facsimile: (408) 660-4121 |
| 4 | E-mail: inchan.kwon@haynesboone.com |
| 5 | Attorney for Defendant |
|   | AIMIE NGUYEN |
| 6 |   |
|   | THOMAS P. RILEY (SBN 194706) |
| 7 | **LAW OFFICES OF THOMAS P. RILEY, P.C.** |
|   | First Library Square |
| 8 | 1114 Fremont Ave. |
|   | South Pasadena, CA 91030 |
| 9 | Telephone: (626) 799-9797 |
|   | Facsimile: (626) 799-9795 |
| 10 | Email: TPRLAW@att.net |
| 11 | Attorney for Plaintiff |
|   | JOE HAND PROMOTIONS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | Case No. C-11-04745-RMW |
| Plaintiff, | **STIPULATION AND []** |
| | **ORDER TO EXTEND DEADLINE FOR** |
| v. | **MEDIATION** |
| AIMEE NGUYEN, | Judge: Hon. Ronald M. Whyte |
| | Complaint Filed: Sept. 23, 2011 |
| Defendant. | Trial Date: July 10, 2013 |

This stipulation is entered into by and between Defendant Aimie Nguyen ("Nguyen") and Plaintiff Joe Hand Promotions, Inc. ("Joe Hand") as follows:

WHEREAS, on March 30, 2012, the Court issued a minute order (Dkt. No. 20) requiring the parties to conduct a mediation within 90 days of the order;

WHEREAS, on April 10, 2012, the Court issued an order (Dkt. No. 25) appointing Inchan Kwon as pro bono counsel for Nguyen and staying all proceedings for 30 days; and

**STIPULATION AND [] ORDER TO EXTEND DEADLINE FOR MEDIATION – CASE NO. C-11-04745-RMW**

WHEREAS, the parties currently are engaged in informal settlement discussions, and a delay in the scheduling of the mediation ordered by the Court is desired by both parties in order to facilitate these discussions,

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through their respective counsel of record, that the deadline for the parties to conduct their court-ordered mediation be extended approximately 90 days, to October 1, 2012.

IT IS SO STIPULATED.

DATED: June 18, 2012          HAYNES AND BOONE, LLP

                              By: /s/ Inchan A. Kwon
                                  Inchan A. Kwon
                                  Attorney for Defendant
                                  AIMIE NGUYEN

DATED: June 18, 2012          LAW OFFICES OF THOMAS P. RILEY, P.C.

                              By: _____
                                  Thomas P. Riley
                                  Attorney for Plaintiff
                                  JOE HAND PROMOTIONS, INC.

                              *Filer's Attestation: Pursuant to General Order No. 45, Section X.B. regarding non-filing signatories, Inchan A. Kwon hereby attests that concurrence in the filing of this Stipulation has been obtained from Thomas P. Riley*

# [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2012

                              _____
                              HON. RONALD M. WHYTE
                              United States Senior District Judge

1  WHEREAS, the parties currently are engaged in informal settlement discussions, and a
2  delay in the scheduling of the mediation ordered by the Court is desired by both parties in order to
3  facilitate these discussions,
4  NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through
5  their respective counsel of record, that the deadline for the parties to conduct their court-ordered
6  mediation be extended approximately 90 days, to October 1, 2012.

8  IT IS SO STIPULATED.
9  DATED: June __, 2012         HAYNES AND BOONE, LLP

                                By: _____
                                Inchan A. Kwon
                                Attorney for Defendant
                                AIMIE NGUYEN

14 DATED: June 12, 2012         LAW OFFICES OF THOMAS P. RILEY, P.C.

                                By: _____
                                Thomas P. Riley
                                Attorney for Plaintiff
                                JOE HAND PROMOTIONS, INC.

                                *Filer's Attestation: Pursuant to General Order
                                No. 45, Section X.B. regarding non-filing
                                signatories, Inchan A. Kwon hereby attests that
                                concurrence in the filing of this Stipulation has
                                been obtained from Thomas P. Riley*

                       [PROPOSED] ORDER

       PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2012
                                /s/ Ronald M. Whyte
                                HON. RONALD M. WHYTE
                                United States Senior District Judge