INCHAN A. KWON (SBN 247614)
**HAYNES AND BOONE, LLP**
2033 Gateway Place, Suite 300
San Jose, California 95110
Telephone: (408) 660-4120
Facsimile: (408) 660-4121
E-mail: inchan.kwon@haynesboone.com

Attorney for Defendant
AIMIE NGUYEN

THOMAS P. RILEY (SBN 194706)
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Ave.
South Pasadena, CA 91030
Telephone: (626) 799-9797
Facsimile: (626) 799-9795
Email: TPRLAW@att.net

Attorney for Plaintiff
JOE HAND PROMOTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AIMEE NGUYEN, <br><br> Defendant. | Case No. C-11-04745-RMW <br><br> **STIPULATION AND []** <br> **ORDER TO EXTEND DEADLINE FOR MEDIATION** <br><br> Judge: Hon. Ronald M. Whyte <br> Complaint Filed: Sept. 23, 2011 <br> Trial Date: July 10, 2013 |

This stipulation is entered into by and between Defendant Aimie Nguyen ("Nguyen") and Plaintiff Joe Hand Promotions, Inc. ("Joe Hand") as follows:

WHEREAS, on March 30, 2012, the Court issued a minute order (Dkt. No. 20) requiring the parties to conduct a mediation within 90 days of the order;

WHEREAS, on April 10, 2012, the Court issued an order (Dkt. No. 25) appointing Inchan Kwon as pro bono counsel for Nguyen and staying all proceedings for 30 days; and

**STIPULATION AND [] ORDER TO EXTEND DEADLINE FOR MEDIATION – CASE NO. C-11-04745-RMW**

WHEREAS, the parties currently are engaged in informal settlement discussions, and a delay in the scheduling of the mediation ordered by the Court is desired by both parties in order to facilitate these discussions,

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through their respective counsel of record, that the deadline for the parties to conduct their court-ordered mediation be extended approximately 90 days, to October 1, 2012.

IT IS SO STIPULATED.

DATED: June 18, 2012                    HAYNES AND BOONE, LLP

                                        By: /s/ Inchan A. Kwon
                                            Inchan A. Kwon
                                            Attorney for Defendant
                                            AIMIE NGUYEN

DATED: June 18, 2012                    LAW OFFICES OF THOMAS P. RILEY, P.C.

                                        By: _____
                                            Thomas P. Riley
                                            Attorney for Plaintiff
                                            JOE HAND PROMOTIONS, INC.

                                        *Filer's Attestation: Pursuant to General Order No. 45, Section X.B. regarding non-filing signatories, Inchan A. Kwon hereby attests that concurrence in the filing of this Stipulation has been obtained from Thomas P. Riley*

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2012

                                        _____
                                        HON. RONALD M. WHYTE
                                        United States Senior District Judge

1     WHEREAS, the parties currently are engaged in informal settlement discussions, and a
2 delay in the scheduling of the mediation ordered by the Court is desired by both parties in order to
3 facilitate these discussions,
4     NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through
5 their respective counsel of record, that the deadline for the parties to conduct their court-ordered
6 mediation be extended approximately 90 days, to October 1, 2012.

7

8     IT IS SO STIPULATED.

9 DATED: June __, 2012     HAYNES AND BOONE, LLP

10

11     By: _____
    Inchan A. Kwon
    Attorney for Defendant
12     AIMIE NGUYEN

13

14 DATED: June 12, 2012     LAW OFFICES OF THOMAS P. RILEY, P.C.

15

16     By: _____
    Thomas P. Riley
    Attorney for Plaintiff
17     JOE HAND PROMOTIONS, INC.

18     *Filer's Attestation: Pursuant to General Order*
    *No. 45, Section X.B. regarding non-filing*
19     *signatories, Inchan A. Kwon hereby attests that*
    *concurrence in the filing of this Stipulation has*
20     *been obtained from Thomas P. Riley*

21

22     [~~PROPOSED~~] ORDER

23     PURSUANT TO STIPULATION, IT IS SO ORDERED.

24 Dated: _____, 2012

25     *Ronald M. Whyte*
    _____
    HON. RONALD M. WHYTE
26     United States Senior District Judge

27

28

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE FOR MEDIATION – CASE NO. C-11-04745-RMW     1