Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Joe Hand Promotions, Inc., | CASE NO. 5:11-cv-04745-RMW |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT AIMIE NGUYEN, individually and d/b/a XA LANG |
| vs. | |
| Aimie Nguyen, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendant AIMIE NGUYEN, individually and d/b/a XA LANG, that the above-entitled action is hereby dismissed **without prejudice** against AIMIE NGUYEN, individually and d/b/a XA LANG, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by March 1, 2013, the dismissal shall be deemed to be **with prejudice.**

///

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced above and below shall bear its own attorneys' fees and costs.

Dated: January 21, 2013

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
JOE HAND PROMOTIONS, INC.

Dated: 1/23/13

HAYNES AND BOONE, LLP
By: Inchan A. Kwon
Attorneys for Defendant
AIMIE NGUYEN,
individually and d/b/a XA LANG

IT IS SO ORDERED:

*Ronald M. Whyte*    Dated:_____
The Honorable Ronald M. Whyte
United States District Court
Northern District of California

STIPULATION OF DISMISSAL
PAGE 2